WILLIAM KEATING, by NICHOLAS KEATING, His Guardian ad Litem, Respondent, *v.* S. M. COON, as Receiver of the SWITS CONDE COMPANY, Appellant.

*Keating* v. *Coon*, 115 App. Div. 920, affirmed.
(Argued April 29, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 21, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Elisha B. Powell* for appellant.

*F. T. Cahill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.